UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

CHARLES PAGE,

       Plaintiff,                      Case No. 07-CV-14873

vs.                                  David M. Lawson
                                      United States District Judge

COMMISSIONER OF              Michael Hluchaniuk
SOCIAL SECURITY,             United States Magistrate Judge

       Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S MOTION TO AMEND (Dkt. 14)

This is a civil matter filed by plaintiff seeking a review of an unfavorable decision of the Commissioner of Social Security pursuant to § 205(g) and/or §1631(c)(3) of the Social Security Act, as amended, 42 U.S.C. § 405(9) and/or §1383(c)(3). This matter was originally referred to Magistrate Judge Steven D. Pepe on November 13, 2007. On January 14, 2008, this case was reassigned to the undersigned Magistrate Judge.

On June 30, 2008, plaintiff filed a Motion to Amend Complaint. (Dkt. 14). After having reviewed this motion, I find that the motion neither comports with the Federal Rules of Civil Procedure, nor with the Local Rules of the Eastern District

1

of Michigan and that this motion shall be **STRICKEN** for the following reasons:

1. It fails to comply with the requirements set forth in Local Rule 7.1 that the movant ascertain whether the motion will be opposed and that a motion must be accompanied by a brief with supporting authority;

2. It fails to comply with the requirements set forth in Local Rule 15.1 that a motion to amend must reproduce the entire pleading as amended and may not incorporate any prior pleading by reference; and

3. It fails to comply with Federal Rule of Civil Procedure 23 governing class actions.

**IT IS SO ORDERED.**

The parties to this action may object and seek review of this Order, but are required to file any objections within 10 days of service as provided in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not thereafter assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Dated: July 3, 2008						s/Michael Hluchaniuk
							Michael Hluchaniuk
							United States Magistrate Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Herman J. Anderson, Esq., Janet L. Parker, AUSA, Commissioner of Social Security, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: not applicable

                                              s/James P. Peltier
                                              James P. Peltier
                                              Courtroom Deputy Clerk
                                              U.S. District Court
                                              600 Church St.
                                              Flint, MI 48502
                                              810-341-7850
                                              pete_peltier@mied.uscourts.gov